IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROTORCRAFT INC.                                                                   PLAINTIFF

V.                            CASE NO. 3:15-CV-00149 JM

YRC INC.                                                                          DEFENDANT

**ORDER**

      Comes on for consideration plaintiff Rotorcraft Inc.'s motion to dismiss with prejudice its claims against YRC Inc. The Court, having considered the motion and understanding that Rotorcraft Inc. and YRC Inc. have resolved this matter, finds that the motion should be and is granted. Rotorcraft Inc.'s complaint and amended complaint are hereby dismissed with prejudice.

      IT IS SO ORDERED.

_____
THE HONORABLE JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

4/15/16
DATE

1